IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FOX Television Stations, Inc.,<br>    Licensee of Stations KMSP-TV,<br>    WJBK(TV), and WTTG(TV)<br>    5151 Wisconsin Ave. NW<br>    Washington, DC  20016,<br><br>WDAF License, Inc.,<br>    Licensee of Station WDAF-TV<br>    5151 Wisconsin Ave. NW<br>    Washington, DC  20016, and<br><br>TVT License, Inc.,<br>    Licensee of Station WTVT(TV)<br>    5151 Wisconsin Ave. NW<br>    Washington, DC  20016,<br><br>    Defendants. | Civil Action No. 08-584 |

## NOTICE OF APPEARANCE

Please take notice that Jacqueline Coleman Snead hereby enters her appearance as counsel for the United States of America. All service, correspondence, and notices should be directed to Jacqueline Coleman Snead at the fax number and/or addresses set forth below:

**Address for U.S. Mail**
Jacqueline Coleman Snead
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Tel:  (202) 514-3418
Fax:  (202) 616-8470
E-Mail:  Jacqueline.Snead@usdoj.gov

**Address for Overnight Mail and Hand Delivery**
Jacqueline Coleman Snead
Trial Attorney, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7214
Washington, D.C.  20530

Please be advised that due to continuing delays associated with incoming U.S. Mail at government locations, correspondence by fax, overnight mail, or hand delivery is preferred.

Date: April 9, 2008                     Respectfully submitted,

                                        JEFFREY S. BUCHOLTZ
                                        Acting Assistant Attorney General
                                        Civil Division

                                        ARTHUR R. GOLDBERG
                                        Assistant Branch Director
                                        Federal Programs Branch


                                        /s    Jacqueline Coleman Snead
                                        JACQUELINE COLEMAN SNEAD
                                        (D.C. Bar No. 459548)
                                        ERIC B. BECKENHAUER
                                        (Cal. Bar No. 237526)
                                        Trial Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue N.W., Room 7214
                                        Washington, D.C. 20530
                                        Tel: (202) 514-3418
                                        Fax: (202) 616-8470
                                        Email: jacqueline.snead@usdoj.gov

                                        **Attorneys for the United States of America**

## CERTIFICATE OF SERVICE

I certify that on this 9th day of April 2008, I caused a copy of the foregoing Notice of Appearance to be filed electronically and that the document is available for viewing and downloading from the ECF system.

                                        /s Jacqueline Coleman Snead
                                        JACQUELINE COLEMAN SNEAD