AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United States of America

**SUMMONS IN A CIVIL CASE**

V.

FOX Television Stations, Inc.,
WDAF License, Inc., and
TVT License, Inc.

Case: 1:08-cv-00584
Assigned To : Friedman, Paul L.
Assign. Date : 4/4/2008
Description: General Civil

TO: (Name and address of Defendant)

FOX Television Stations, Inc.
Licensee of Stations KMSP-TV, WJBK(TV), and WTTG(TV)
5151 Wisconsin Ave. NW
Washington, DC 20016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jacqueline Coleman Snead
Eric B. Beckenhauer
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7214
Washington, DC 20530

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              APR - 4 2008

CLERK                                                DATE

(By) DEPUTY CLERK

United States District Court for the District of Columbia

| | |
|---|---|
| United States of America <br><br> Plaintiff <br><br> v. <br><br> FOX Television Stations, Inc., et al. <br><br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-00584 PLF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Consent To Proceed Before A United States Magistrate Judge For All Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Fiing Order on FOX Television Stations, Inc. c/o Corporation Service Company in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on April 11, 2008 at 11:10 AM, I served the within Summons, Consent To Proceed Before A United States Magistrate Judge For All Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Fiing Order on FOX Television Stations, Inc. c/o Corporation Service Company at 1090 Vermont Avenue, NW, Suite 430, Washington, DC 20005 by serving Renee Rice, Team Leader, authorized to accept. Described herein:

Gender: Female   Race/Skin: Black   Hair: Black   Approx. Age: 52   Height: 6'2"   Weight: 185

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

_____
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this __14th__ day of __April__, 2008.

ID: 08-000362

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires 3-31-2009