**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Fox Television Stations, Inc., )<br>   Licensee of Stations KMSP-TV, )<br>   WJBK(TV), and WTTG(TV) )<br>   5151 Wisconsin Ave. NW )<br>   Washington, DC  20016, )<br>)<br>WDAF License, Inc., )<br>   Licensee of Station WDAF-TV )<br>   5151 Wisconsin Ave. NW )<br>   Washington, DC  20016, and )<br>)<br>TVT License, Inc., )<br>   Licensee of Station WTVT-TV )<br>   5151 Wisconsin Ave. NW )<br>   Washington, DC  20016, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:08-cv-00584-PLF |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants Fox Television Stations Inc., WDAF License Inc., and TVT License Inc. hereby move for a thirty-day extension of time, to and including June 2, 2008, within which to answer or otherwise respond to the complaint in this case.  As set forth in the accompanying memorandum of points and authorities, "good cause" supports this request for purposes of Federal Rule of Civil Procedure 6(b)(1) because (1) the legal issues involved in this case are complex, and (2) this action is one of several related cases pending in other jurisdictions which require coordination among different parties.  Counsel for the United States has consented to this

1

extension of time.  For these reasons, defendants respectfully request that this Court enter an order extending the deadline for an answer or other response to the complaint in this case until June 2, 2008.

April 28, 2008                                    Respectfully submitted,

/s/ Mark D. Hopson
R. Clark Wadlow (DC Bar No. 33340)
Mark D. Hopson (DC Bar No. 394338)
James P. Young (DC Bar No. 445476)
David J. Ludlow (DC Bar No. 489136)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C.  20005
(202) 736-8000
mhopson@sidley.com
dludlow@sidley.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 28, 2008, DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT was filed electronically with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

    Eric B. Beckenhauer (eric.beckenhauer@usdoj.gov)
    Jacqueline Coleman Snead (jacqueline.snead@usdoj.gov)

                          /s/ Mark D. Hopson____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:08-cv-00584-PLF |
| Fox Television Stations, Inc., <br>   Licensee of Stations KMSP-TV, <br>   WJBK(TV), and WTTG(TV) <br>   5151 Wisconsin Ave. NW <br>   Washington, DC  20016, <br><br> WDAF License, Inc., <br>   Licensee of Station WDAF-TV <br>   5151 Wisconsin Ave. NW <br>   Washington, DC  20016, and <br><br> TVT License, Inc., <br>   Licensee of Station WTVT-TV <br>   5151 Wisconsin Ave. NW <br>   Washington, DC  20016, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants Fox Television Stations Inc., WDAF License Inc., and TVT License Inc. (collectively "Fox") submit this memorandum of points and authorities in support of their motion for a thirty-day extension of time, to and including June 2, 2008, within which to answer or otherwise respond to the complaint in this case. For several reasons, "good cause" exists under Federal Rule of Civil Procedure 6(b)(1) to support this request.

First, this case involves content-based regulation of speech by the Federal Communications Commission ("FCC"), implicating several complex constitutional and statutory

1

issues. Because of the complexity and number of constitutional and statutory issues raised by this case, Fox requires additional time within which to answer the complaint or to prepare a motion to dismiss.

Second, this action is one of several related cases under 47 U.S.C. § 504(a) pending in other jurisdictions. *See United States v. KDSM Licensee, LLC*, No. 4:08-cv-00136 (S.D. Iowa filed Apr. 4, 2008); *United States v. WZTV Licensee LLC*, No. 3:08-cv-00334 (M.D. Tenn. filed Apr. 4, 2008); *United States v. WVAH License LLC*, No. 2:08-cv-0236 (S.D. W. Va. filed Apr. 4, 2008).[1] Because these actions involve different parties, additional time is required to coordinate among the parties and prepare responses.

Pursuant to LCvR 7(m), counsel for Fox has conferred with counsel for the United States concerning this motion. Counsel for the United States has consented to the requested extension of time.

---

[1] On April 11, 2008, WVAH License, LLC paid the $7000 forfeiture at issue in the action pending in the Southern District of West Virginia. It is Fox's understanding that that action is now moot but remains pending on that court's docket.

  For the foregoing reasons, defendants respectfully request that this Court enter an order extending the deadline for an answer or other response to the complaint in this case until June 2, 2008.

April 28, 2008          Respectfully submitted,

                /s/ Mark D. Hopson
                R. Clark Wadlow (DC Bar No. 33340)
                Mark D. Hopson (DC Bar No. 394338)
                James P. Young (DC Bar No. 445476)
                David J. Ludlow (DC Bar No. 489136)
                SIDLEY AUSTIN LLP
                1501 K Street NW
                Washington, D.C.  20005
                (202) 736-8000
                mhopson@sidley.com
                dludlow@sidley.com

                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I certify that on April 28, 2008, the MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT was filed electronically with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

    Eric B. Beckenhauer (eric.beckenhauer@usdoj.gov)
    Jacqueline Coleman Snead (jacqueline.snead@usdoj.gov)


                                              /s/ Mark D. Hopson_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>        v.  )<br>  )    Civil Action No. 1:08-cv-00584-PLF<br>Fox Television Stations, Inc.,  )<br>    Licensee of Stations KMSP-TV,  )<br>    WJBK(TV), and WTTG(TV)  )<br>    5151 Wisconsin Ave. NW  )<br>    Washington, DC  20016,  )<br>  )<br>WDAF License, Inc.,  )<br>    Licensee of Station WDAF-TV  )<br>    5151 Wisconsin Ave. NW  )<br>    Washington, DC  20016, and  )<br>  )<br>TVT License, Inc.,  )<br>    Licensee of Station WTVT-TV  )<br>    5151 Wisconsin Ave. NW  )<br>    Washington, DC  20016,  )<br>  )<br>            Defendants.  )<br>  ) | |

**PROPOSED ORDER OF COURT**

AND NOW, upon consideration of Defendants' Unopposed Motion for an Extension of Time in Which To Answer or Otherwise Respond to the Complaint, it is hereby ORDERED that the Motion is GRANTED.  Defendants shall file an answer or other response to the complaint on or before June 2, 2008.

 

Hon. Paul L. Friedman
United States District Judge