**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00584-PLF |
| ) | |
| Fox Television Stations, Inc., ) | |
|   Licensee of Stations KMSP-TV, ) | |
|   WJBK(TV), and WTTG(TV) ) | |
|   5151 Wisconsin Ave. NW ) | |
|   Washington, DC  20016, ) | |
| ) | |
| WDAF License, Inc., ) | |
|   Licensee of Station WDAF-TV ) | |
|   5151 Wisconsin Ave. NW ) | |
|   Washington, DC  20016, and ) | |
| ) | |
| TVT License, Inc., ) | |
|   Licensee of Station WTVT-TV ) | |
|   5151 Wisconsin Ave. NW ) | |
|   Washington, DC  20016, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendants Fox Television Stations Inc., WDAF License Inc., and TVT License Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Fox Television Stations Inc., WDAF License Inc., and TVT License Inc. which have any outstanding securities in the hands of the public.

    News Corporation

1

  These representations are made in order that judges of this court may determine the need for recusal.

April 28, 2008           Respectfully submitted,

              /s/ Mark D. Hopson
              R. Clark Wadlow (DC Bar No. 33340)
              Mark D. Hopson (DC Bar No. 394338)
              James P. Young (DC Bar No. 445476)
              David J. Ludlow (DC Bar No. 489136)
              SIDLEY AUSTIN LLP
              1501 K Street NW
              Washington, D.C. 20005
              (202) 736-8000
              mhopson@sidley.com
              dludlow@sidley.com

              *Attorneys for Defendants*

Case 1:08-cv-00584-PLF    Document 8    Filed 04/28/2008    Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on April 28, 2008, Defendants' CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA was filed electronically with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

    Eric B. Beckenhauer (eric.beckenhauer@usdoj.gov)
    Jacqueline Coleman Snead (jacqueline.snead@usdoj.gov)


                                                             /s/ Mark D. Hopson\_\_\_\_