**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                                                  )<br>            Plaintiff,                                         )<br>                                                                  )<br>      v.                                                        )<br>                                                                  )<br>Fox Television Stations, Inc.,                       )<br>      Licensee of Stations KMSP-TV,           )<br>      WJBK(TV), and WTTG(TV)                  )<br>      5151 Wisconsin Ave. NW                     )<br>      Washington, DC  20016,                       )<br>                                                                  )<br>WDAF License, Inc.,                                   )<br>      Licensee of Station WDAF-TV              )<br>      5151 Wisconsin Ave. NW                     )<br>      Washington, DC  20016, and                )<br>                                                                  )<br>TVT License, Inc.,                                      )<br>      Licensee of Station WTVT-TV              )<br>      5151 Wisconsin Ave. NW                     )<br>      Washington, DC  20016,                       )<br>                                                                  )<br>            Defendants.                                   )<br>                                                                  ) | Civil Action No. 1:08-cv-00584-PLF |

**NOTICE OF APPEARANCE**

Please take notice that David S. Petron hereby enters his appearance as counsel for Defendants Fox Television Stations, Inc.; WDAF License, Inc.; and TVT License, Inc.

May 28, 2008                                            Respectfully submitted,

                                                                  /s/ David S. Petron            
                                                                  David S. Petron (DC Bar No. 486325)
                                                                  SIDLEY AUSTIN LLP
                                                                  1501 K Street NW
                                                                  Washington, D.C.  20005
                                                                  (202) 736-8000
                                                                  dpetron@sidley.com

                                                                  *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 28, 2008, the NOTICE OF APPEARANCE for David S. Petron was filed electronically with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Eric B. Beckenhauer (eric.beckenhauer@usdoj.gov)
Jacqueline Coleman Snead (jacqueline.snead@usdoj.gov)

/s/ David S. Petron____