**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Fox Television Stations, Inc., )<br>   Licensee of Stations KMSP-TV, )<br>   WJBK(TV), and WTTG(TV) )<br>   5151 Wisconsin Ave. NW )<br>   Washington, DC  20016, )<br>)<br>WDAF License, Inc., )<br>   Licensee of Station WDAF-TV )<br>   5151 Wisconsin Ave. NW )<br>   Washington, DC  20016, and )<br>)<br>TVT License, Inc., )<br>   Licensee of Station WTVT-TV )<br>   5151 Wisconsin Ave. NW )<br>   Washington, DC  20016, )<br>)<br>   Defendants. )<br>) | Civil Action No. 1:08-cv-00584-PLF |

**NOTICE OF APPEARANCE**

Please take notice that Mark D. Hopson of Sidley Austin LLP hereby enters his appearance as counsel of record and lead counsel for Defendants Fox Television Stations, Inc.; WDAF License, Inc.; and TVT License, Inc.

May 28, 2008

Respectfully submitted,

/s/ David S. Petron
Mark D. Hopson (DC Bar No. 394338)
David S. Petron (DC Bar No. 486325)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C.  20005
(202) 736-8000
mhopson@sidley.com
dpetron@sidley.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 28, 2008, the NOTICE OF APPEARANCE for Mark D. Hopson was filed electronically with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Eric B. Beckenhauer (eric.beckenhauer@usdoj.gov)
    Jacqueline Coleman Snead (jacqueline.snead@usdoj.gov)


    /s/ David S. Petron____