**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Fox Television Stations, Inc.,<br>　Licensee of Stations KMSP-TV,<br>　WJBK(TV), and WTTG(TV)<br>　5151 Wisconsin Ave. NW<br>　Washington, DC  20016,<br><br>WDAF License, Inc.,<br>　Licensee of Station WDAF-TV<br>　5151 Wisconsin Ave. NW<br>　Washington, DC  20016, and<br><br>TVT License, Inc.,<br>　Licensee of Station WTVT-TV<br>　5151 Wisconsin Ave. NW<br>　Washington, DC  20016,<br><br>　　　　Defendants. | Civil Action No. 1:08-cv-00584-PLF |

**NOTICE OF WITHDRAWAL OF COUNSEL**

　　Pursuant to LCvR 83.6(b) of the United States District Court for the District of Columbia, please take notice that my colleague David J. Ludlow hereby withdraws as counsel in this action for Defendants Fox Television Stations, Inc.; WDAF License, Inc.; and TVT License, Inc. Defendants will continue to be represented by Mark D. Hopson and David S. Petron of Sidley Austin LLP, who have entered appearances.  No trial date has been set in this action.

　　As required by LCvR 83.6(b), this notice has been electronically signed by Ellen A. Agress, Senior Vice President & Deputy General Counsel of News Corporation.  News

Corporation is the ultimate parent company of Defendants Fox Television Stations, Inc.; WDAF License, Inc.; and TVT License, Inc.

May 28, 2008

Respectfully submitted,

/s/ David S. Petron
R. Clark Wadlow (DC Bar No. 33340)
Mark D. Hopson (DC Bar No. 394338)
James P. Young (DC Bar No. 445476)
David S. Petron (DC Bar No. 486325
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C.  20005
(202) 736-8000
mhopson@sidley.com
dpetron@sidley.com

*Attorneys for Defendants*

/s/ Ellen A. Agress
Senior Vice President & Deputy General Counsel
NEWS CORPORATION
1211 Avenue of the Americas
New York, New York 10036

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2008, this NOTICE OF WITHDRAWAL OF COUNSEL was filed electronically with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Eric B. Beckenhauer (eric.beckenhauer@usdoj.gov)
Jacqueline Coleman Snead (jacqueline.snead@usdoj.gov)

/s/ David S. Petron