# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-00584-PLF |
| | ) |
| Fox Television Stations, Inc., | ) |
| Licensee of Stations KMSP-TV, | ) |
| WJBK(TV), and WTTG(TV) | ) |
| 5151 Wisconsin Ave. NW | ) |
| Washington, DC 20016, | ) |
| | ) |
| WDAF License, Inc., | ) |
| Licensee of Station WDAF-TV | ) |
| 5151 Wisconsin Ave. NW | ) |
| Washington, DC 20016, and | ) |
| | ) |
| TVT License, Inc., | ) |
| Licensee of Station WTVT-TV | ) |
| 5151 Wisconsin Ave. NW | ) |
| Washington, DC 20016, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Fox Television Stations Inc., WDAF License Inc., and TVT License Inc. (collectively "Fox") hereby move to dismiss the complaint in this action pursuant to Fed. R. Civ. P. Rule 12(b)(6) because the Complaint fails to state a claim upon which relief can be granted.

Pursuant to LCvR 7, the grounds for this Motion are set forth in the Memorandum of Points and Authorities filed concurrently herewith.

Wherefore, Fox respectfully requests that the Complaint in this matter be dismissed.

Respectfully submitted,

/s/ David S. Petron
R. Clark Wadlow (DC Bar No. 33340)
Mark D. Hopson (DC Bar No. 394338)
James P. Young (DC Bar No. 445476)
David S. Petron (DC Bar No. 486325)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C.  20005
(202) 736-8000
mhopson@sidley.com
dpetron@sidley.com

June 2, 2008                          *Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2008, DEFENDANTS' MOTION TO DISMISS THE

COMPLAINT was filed electronically with the Clerk of the Court using CM/ECF, which will

send notification that such filing is available for viewing and downloading to the following

counsel or record:


Eric B. Beckenhauer (eric.beckenhauer@usdoj.gov)
Jacqueline Coleman Snead (jacqueline.snead@usdoj.gov)




/s/ David S. Petron

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>Fox Television Stations, Inc., )<br>   Licensee of Stations KMSP-TV, )<br>   WJBK(TV), and WTTG(TV) )<br>   5151 Wisconsin Ave. NW )<br>   Washington, DC  20016, )<br><br>WDAF License, Inc., )<br>   Licensee of Station WDAF-TV )<br>   5151 Wisconsin Ave. NW )<br>   Washington, DC  20016, and )<br><br>TVT License, Inc., )<br>   Licensee of Station WTVT-TV )<br>   5151 Wisconsin Ave. NW )<br>   Washington, DC  20016, )<br><br>Defendants. )<br> ) | Civil Action No. 1:08-cv-00584-PLF |

**ORDER**

AND NOW, upon consideration of Defendants' Motion to Dismiss the Complaint, it is

hereby ORDERED that the Motion is GRANTED and this action is dismissed with prejudice.

_____
Hon. Paul L. Friedman
United States District Judge