UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**FOX Television Stations, Inc.,**<br>    **Licensee of Stations KMSP-TV,**<br>    **WJBK(TV), and WTTG(TV)**<br>    **5151 Wisconsin Ave. NW**<br>    **Washington, DC  20016,**<br><br>**WDAF License, Inc.,**<br>    **Licensee of Station WDAF-TV**<br>    **5151 Wisconsin Ave. NW**<br>    **Washington, DC  20016, and**<br><br>**TVT License, Inc.,**<br>    **Licensee of Station WTVT(TV)**<br>    **5151 Wisconsin Ave. NW**<br>    **Washington, DC  20016,**<br><br>      **Defendants.** | Civil Action No.: 08-584-PLF |

**UNOPPOSED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS'**
**MOTION TO DISMISS**

Plaintiff, the United States of America, filed this action pursuant to 47 U.S.C. § 504 on April 4, 2008.  On June 2, 2008, Defendants, Fox Television Stations, Inc., WDAF License, Inc., and TVT Licence, Inc., moved to dismiss this action in lieu of answering the complaint.  The parties have conferred and agreed on the following briefing schedule for Defendants' Motion to Dismiss:

Plaintiff shall file its Opposition on or before August 1, 2008

Defendants shall file their Reply on or before September 5, 2008

Wherefore, Plaintiff respectfully requests that the Court grant this motion and enter the attached scheduling order.

Date: June 12, 2008	Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General,
Civil Division

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director
Federal Programs Branch

/s   Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 459548)
ERIC B. BECKENHAUER
(Cal. Bar No. 237526)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 7214
Washington, D.C.  20530
Tel:  (202) 514-3418
Fax: (202) 616-8470
Email: jacqueline.snead@usdoj.gov

**Attorneys for the United States of America**

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>     v.<br><br>**FOX Television Stations, Inc.,**<br>     Licensee of Stations KMSP-TV,<br>     WJBK(TV), and WTTG(TV)<br>     5151 Wisconsin Ave. NW<br>     Washington, DC  20016,<br><br>**WDAF License, Inc.,**<br>     Licensee of Station WDAF-TV<br>     5151 Wisconsin Ave. NW<br>     Washington, DC  20016, and<br><br>**TVT License, Inc.,**<br>     Licensee of Station WTVT(TV)<br>     5151 Wisconsin Ave. NW<br>     Washington, DC  20016,<br><br>     Defendants. | Civil Action No.: 08-584-PLF<br><br>**PROPOSED ORDER** |

  Upon consideration of Plaintiff's Unopposed Motion to Set Briefing Schedule on Defendants' Motion to Dismiss, it is hereby

  ORDERED that Plaintiff's motion is GRANTED; and

  FURTHER ORDERED that Plaintiff shall file its Opposition to Defendants' Motion to Dismiss on or before August 1, 2008; and Defendants shall file their Reply on or before September 5, 2008.

Date: _____          _____
                                                                                                United States District Court Judge

**CERTIFICATE OF SERVICE**

      I certify that on this 12th day of June 2008, I caused a copy of the foregoing Unopposed Motion to Set Briefing Schedule on Defendants' Motion to Dismiss to be filed electronically and that the document is available for viewing and downloading from the ECF system.

                                                  /s/Jacqueline Coleman Snead
                                                  JACQUELINE COLEMAN SNEAD