**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　v. 　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>Fox Television Stations, Inc., 　　　　　　　　)<br>　　Licensee of Stations KMSP-TV, 　　　　　)<br>　　WJBK(TV), and WTTG(TV) 　　　　　　)<br>　　5151 Wisconsin Ave. NW 　　　　　　　)<br>　　Washington, DC  20016, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>WDAF License, Inc., 　　　　　　　　　　　)<br>　　Licensee of Station WDAF-TV 　　　　　)<br>　　5151 Wisconsin Ave. NW 　　　　　　　)<br>　　Washington, DC  20016, and 　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>TVT License, Inc., 　　　　　　　　　　　　)<br>　　Licensee of Station WTVT-TV 　　　　　)<br>　　5151 Wisconsin Ave. NW 　　　　　　　)<br>　　Washington, DC  20016, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　) | Civil Action No. 1:08-cv-00584-PLF |

**MOTION TO DISMISS COLLECTION ACTION AGAINST**
**DEFENDANT WDAF LICENSE, INC. AS MOOT**

Defendant WDAF License, Inc. hereby moves to dismiss the collection action against it as moot. On July 11, 2008, WDAF License, Inc. paid the forfeiture at issue in this case.

Pursuant to LCvR 7, the grounds for this Motion are set forth in the Memorandum of Points and Authorities filed concurrently herewith.

Wherefore, WDAF License, Inc. respectfully requests that the collection action against it be dismissed.

                                        Respectfully submitted,

                                        /s/ David S. Petron
                                        R. Clark Wadlow (DC Bar No. 33340)
                                        Mark D. Hopson (DC Bar No. 394338)
                                        James P. Young (DC Bar No. 445476)
                                        David S. Petron (DC Bar No. 486325)
                                        SIDLEY AUSTIN LLP
                                        1501 K Street NW
                                        Washington, D.C.  20005
                                        (202) 736-8000
                                        mhopson@sidley.com
                                        dpetron@sidley.com

July 11, 2008                            *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00584-PLF |
| ) | |
| Fox Television Stations, Inc., ) | |
|    Licensee of Stations KMSP-TV, ) | |
|    WJBK(TV), and WTTG(TV) ) | |
|    5151 Wisconsin Ave. NW ) | |
|    Washington, DC  20016, ) | |
| ) | |
| WDAF License, Inc., ) | |
|    Licensee of Station WDAF-TV ) | |
|    5151 Wisconsin Ave. NW ) | |
|    Washington, DC  20016, and ) | |
| ) | |
| TVT License, Inc., ) | |
|    Licensee of Station WTVT-TV ) | |
|    5151 Wisconsin Ave. NW ) | |
|    Washington, DC  20016, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COLLECTION ACTION AGAINST DEFENDANT WDAF LICENSE, INC. AS MOOT**

Defendant WDAF License, Inc. submits this memorandum of points and authorities in support of the motion to dismiss the collection action against WDAF License, Inc. as moot.

WDAF License, Inc. is the licensee of television station WDAF-TV in Kansas City, Missouri. At the time of the broadcast of *Married By America* giving rise to the forfeiture at issue in this case, and through the present, WDAF License, Inc. was a wholly owned subsidiary of New World Communications of Kansas City, Inc., which in turn was a wholly owned

subsidiary of Fox Television Stations, Inc. As part of a complex corporate transaction scheduled to close on July 14, 2008, Fox Television Stations, Inc. will sell WDAF License, Inc. to a third party.[1] Following the closing, WDAF License, Inc. will no longer be a corporate entity related to the other defendants in this action through common corporate ownership. In the interest of simplifying this litigation and allowing the parties and the Court to focus on the important issues raised in the currently pending motion to dismiss the Complaint, WDAF License, Inc. has simply paid the forfeiture that was assessed against it.

Although WDAF License, Inc. has paid the forfeiture at issue in this case, it has done so under protest. WDAF License Inc. does not believe that that the broadcast in question was indecent, it does not admit that the broadcast violated the Communications Act or the Commission's rules or policies, and it does not concede that the forfeiture was properly imposed. To the contrary, WDAF License, Inc. considers the forfeiture to be arbitrary and capricious, unconstitutional, inconsistent with Commission precedent, and otherwise unlawful, for all of the reasons stated in the pending motion to dismiss the Complaint.

Nonetheless, the payment of the forfeiture renders this case moot, as there is no longer any forfeiture for the United States to collect through this action. *See Pennywell v. McCarrey*, 255 F.2d 735, 586 (9th Cir. 1958) (finding proceedings to collect a fine became moot as soon as the fine was paid). In related cases in other districts involving forfeitures assessed for the same broadcast of *Married By America*, the United States voluntarily dismissed the actions upon payment of the forfeitures at issue. *See United States v. WVAH License LLC*, Notice of Voluntary Dismissal, No. 08-236 (S.D. W. Va. filed Apr. 30, 2008) (voluntarily dismissing action because licensee paid the monetary forfeiture at issue); *United States v. KDSM License,*

---

[1] On June 9, 2008, the FCC approved Fox Television Stations, Inc.'s application for consent to transfer control of WDAF License, Inc.

*LLC*, Notice of Voluntary Dismissal, No. 08-136 (S.D. Ia. filed May 5, 2008) (same); *United States v. WZTV Licensee LLC*, Notice of Voluntary Dismissal, No. 08-334 (M.D. Tenn. filed May 5, 2008) (same).  The collection action filed in this Court against WDAF License, Inc. should similarly be dismissed as moot.

      For the foregoing reasons, WDAF License, Inc. respectfully requests that the collection action against it be dismissed as moot.

      Respectfully submitted,

/s/ David S. Petron
R. Clark Wadlow (DC Bar No. 33340)
Mark D. Hopson (DC Bar No. 394338)
James P. Young (DC Bar No. 445476)
David S. Petron (DC Bar No. 486325)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C.  20005
(202) 736-8000
mhopson@sidley.com
dpetron@sidley.com

July 11, 2008      *Attorneys for Defendants*

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:08-cv-00584-PLF |
| Fox Television Stations, Inc.,<br>    Licensee of Stations KMSP-TV,<br>    WJBK(TV), and WTTG(TV)<br>    5151 Wisconsin Ave. NW<br>    Washington, DC  20016, | ) ) ) ) ) ) ) | |
| WDAF License, Inc.,<br>    Licensee of Station WDAF-TV<br>    5151 Wisconsin Ave. NW<br>    Washington, DC  20016, and | ) ) ) ) ) | |
| TVT License, Inc.,<br>    Licensee of Station WTVT-TV<br>    5151 Wisconsin Ave. NW<br>    Washington, DC  20016, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

AND NOW, upon consideration of the Motion to Dismiss Collection Action Against WDAF License, Inc. as Moot, it is hereby

ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to dismiss WDAF License, Inc. as a defendant in this action.

By the Court,

_____
Hon. Paul L. Friedman
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on July 11, 2008, the MOTION TO DISMISS COLLECTION AGAINST DEFENDANT WDAF LICENSE, INC. AS MOOT and the MEMORANDUM OF POINTS AND AUTHORITIES in support thereof were filed electronically with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Eric B. Beckenhauer (eric.beckenhauer@usdoj.gov)
    Jacqueline Coleman Snead (jacqueline.snead@usdoj.gov)

                                        /s/ David S. Petron