# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     **Plaintiff,**<br><br><br>     **v.**<br><br><br>**FOX Television Stations, Inc.,**<br>     **Licensee of Stations KMSP-TV,**<br>     **WJBK(TV), and WTTG(TV)**<br>     **5151 Wisconsin Ave. NW**<br>     **Washington, DC  20016,**<br><br>**WDAF License, Inc.,**<br>     **Licensee of Station WDAF-TV**<br>     **5151 Wisconsin Ave. NW**<br>     **Washington, DC  20016, and**<br><br>**TVT License, Inc.,**<br>     **Licensee of Station WTVT(TV)**<br>     **5151 Wisconsin Ave. NW**<br>     **Washington, DC  20016,**<br><br>     **Defendants.** | **Civil Action No.: 08-584-PLF** |

### PLAINTIFF'S RESPONSE TO WDAF LICENSE, INC.'S SECOND MOTION TO DISMISS

Plaintiff, the United States of America, by and through undersigned counsel, hereby

responds as follows to the second motion to dismiss filed by Defendant WDAF Licence, Inc.:

1.  On April 4, 2008, the United States brought this action pursuant to 47 U.S.C. § 504

against Defendants, Fox Television Stations, Inc, WDAF License, Inc., and TVT License, Inc., to

recover a monetary forfeiture assessed against Defendants by the Federal Communications

Commission for their violations of 18 U.S.C. § 1464 and 47 C.F.R. § 73.3999(b).

2.  Defendants moved to dismiss the Complaint on June 2, 2008 pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.  Plaintiff's Opposition to Defendants' Motion to Dismiss is due August 1, 2008.

3.  On July 11, 2008, Defendant WDAF License, Inc. filed a second Motion to Dismiss on grounds that the action against that company was moot because WDAF License, Inc. allegedly paid the monetary forfeiture at issue in this action.  *See* Motion to Dismiss Collection Action Against Defendant WDAF License, Inc. as Moot (filed July 11, 2008) [Dkt. No. 15].

4.  The United States since has confirmed WDAF License, Inc.'s payment of the forfeiture, thereby obviating the need for this action as to that Defendant only.

5.  The United States therefore does not oppose WDAF License, Inc.'s second motion to dismiss.

Date: July 23, 2008                         Respectfully submitted,

                                            GREGORY G. KATSAS
                                            Assistant Attorney General,
                                            Civil Division

                                            JEFFREY A. TAYLOR
                                            United States Attorney

                                            ARTHUR R. GOLDBERG
                                            Assistant Branch Director
                                            Federal Programs Branch

                                            /s    Jacqueline Coleman Snead
                                            JACQUELINE COLEMAN SNEAD
                                            (D.C. Bar No. 459548)
                                            ERIC B. BECKENHAUER
                                            (Cal. Bar No. 237526)
                                            Trial Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch

20 Massachusetts Avenue N.W., Room 7214
Washington, D.C.  20530
Tel:  (202) 514-3418
Fax: (202) 616-8470
Email: jacqueline.snead@usdoj.gov

**Attorneys for the United States of America**

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of July 2008, I caused a copy of the foregoing Plaintiff's

Response to Defendant WDAF Licence, Inc.'s Second Motion to Dismiss to be filed

electronically and that the document is available for viewing and downloading from the ECF

system.

/s/Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD