UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Fox Television Stations, Inc., Licensee of Stations | ) Civil Case No.1:08-cv-00584-PLF |
| KMSP-TV, WJBK (TV), and WTTG (TV), | ) |
| Defendants. | ) |
| | ) |

· **Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia (and Statement required by FRCP 7.1)**

I, the undersigned, counsel of record for Decency Enforcement Center for Television, certify to the best of my knowledge and belief, that Decency Enforcement Center for Television has no parent company, and no publicly held company owns 10% or more of its stock. (Incorporated on a non-stock basis).

These representations are made in order that the judges of this court may determine the need for recusal.

Date: August 4, 2008

Thomas B. North

Attorney of Record for

Decency Enforcement Center for Television